# United States Court of Appeals

## For the First Circuit

No. 20-1103

MICHAEL E. LACHANCE,

Plaintiff, Appellant,

v.

TOWN OF CHARLTON; OFFICER JASON F. WHITE; OFFICER TIMOTHY A. SMITH; SGT. KEITH R. CLOUTIER,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on March 3, 2021, is amended as follows:

On page 29, line 16, "caused" should be followed by "by"